UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                         Case No.  8:03-CR-292-T-17-EAJ

JUAN JOSE EMILIO FLORES
_____/

**ORDER**

     This cause comes before the Court on the order to show cause issued by this Court on March 18, 2005 (Docket No. 118) based on the failure of Adam R. Stull, retained counsel for the defendant, to appear to represent his client at the sentencing scheduled that date (scheduled by order of December 15, 2004 on the second motion to continue filed by the defendant).[1]  The Court set a hearing on the order to show cause for April 22, 2005 (Docket No. 211).

     Mr. Stull filed a response to the order show cause (which is incorporated herein by reference).  The response in essence stated that, at his wife's urging, he chose to go to the third birthday party of his twin sons rather than attend the Court hearing.  (Docket No. 125)   Mr. Stull  did not file a motion for continuance of the sentencing, he simply chose not to show up.

     The family of the defendant retained Mr. Stull and paid him $20,000.00 for his representation of Mr. Flores.  At the hearing on the order to show cause, Mr. Stull maintained that he owes the defendant no further representation because he was not retained for the appeal of this case nor did he believe that local counsel should be compensated from the $20,000.00 retainer to represent the defendant on appeal.

---

[1] The Court went forward with the sentencing because the defendant agreed to be represented by local counsel at the hearing.

CASE NO. 8:03-CR-292-T-17

As stated at the hearing, the Court disagrees and believes that the taxpayers of this country should not be obligated to pay for the further defense of Mr. Flores in light of the blatant disregard of Mr. Stull as to his obligations to represent Mr. Flores at the sentencing. The Court announced in open court that Mr. Stull was in contempt of court and ordered him to represent Mr. Flores in his appeal in this case as the sanction for that contempt. This order memorializes that oral order. Accordingly it is

**ORDERED** that Mr. Adam R. Stull is found to be in contempt of the orders of this court and he is directed to represent the defendant in his appeal of his sentence as a sanction for that contempt. Further, the magistrate judge is directed not to appoint counsel in this case under the Civil Justice Act unless directed to do so by either this Court or the appellate court.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 25th day of April, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record
　　　　　　　　　　　Assigned Magistrate Judge

2